IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-MJ-00169-DSC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ALEJANDRO MIGUEL PADILLA, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's "Motion[s] for Admission Pro Hac Vice and Affidavit[s] [for Robert Louis Rascia and Timothy Liam Kelly] (documents #29 and #30) filed on July 15, 2020. For the reasons set forth therein, the Motions will be **GRANTED**.

**SO ORDERED**.

Signed: July 17, 2020

David S. Cayer
United States Magistrate Judge